IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **DOCKET NO.: 4:11-cr-413** |
| | ) | |
| VS. | ) | *NOTICE OF APPEARANCE* |
| | ) | |
| MELISSA N. BUTTERWORTH | ) | |
| _____ | ) | |

To the Clerk of this Court and all Parties of record:

    Enter my appearance as counsel in the case of USA vs. Melissa N. Butterworth Docket Number 4:11-cr-413

Dated: April 13, 2011

                      S / William H. Monckton, VI
                      WILLIAM H. MONCKTON, VI
                      1300 PROFESSIONAL DR., SUITE 102
                      MYRTLE BEACH, SOUTH CAROLINA 29577
                      (843) 946-6556