IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA

VS

CRIMINAL NO. 4:11CR00413-RBH (1)

JOSEPH ROBERT GUERNSEY

## PLEA

The defendant, **Joseph Robert Guernsey,** having withdrawn his plea of Not Guilty entered **April 13**, 2011, pleads **GUILTY** to **COUNT(S) three (3)** **OF THE INDICTMENT** after arraignment in open court.

(Signed) Defendant

Oct. 28, 2011
Florence, South Carolina