AO 83 (Rev. 08/11) Summons in a Criminal Case (USDC Version)

# UNITED STATES DISTRICT COURT
for the

_____ District of South Carolina _____

RECEIVED
2019 DEC -5 AM 6:42
UNITED STATES MARSHALS
COLUMBIA, SC

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 4:11-cr-00413-RBH-1 |
| Joseph Robert Guernsey | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: McMillan Federal Bldg., 401 West Evans Street, Florence, SC 29501 | Courtroom No.: 3 |
|---|---|
|  | Date and Time: 12/19/2019 @2:30 pm |

This offense is briefly described as follows:

SEE PETITION
A copy of petition/order is attached for service on the defendant.

Date: 12/4/2019

s/Heather Ciccolella
*Issuing officer's signature*

Robin L. Blume, Deputy Clerk
*Printed name and title*

### RETURN OF SERVICE

I declare under penalty of perjury that I have:

☒ Executed and returned this summons
☒ Certified Mailed 12-05-2019
☒ Signed Receipt Date 12-09-2019
☒ Signed by Joe Guernsey

☐ Returned this summons unexecuted
☐ Certified Mailed _____
☐ No Response _____
☐ Defendant Appeared  ☐ Defendant Failed to Appear

Date: 12-13-2019

Bonnie Walters
*Server's signature*

Bonnie Walters, Data Analyst
*Printed name and title*