UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Docket No. 4:11CR00413-001 |
| vs | ) | |
| | ) | ORDER |
| Joseph Robert Guernsey | ) | |
| | ) | |

On December 19, 2019, Mr. Guernsey appeared before The Honorable Kaymani D. West, United States Magistrate Judge, Florence, South Carolina, for an Initial Appearance. Mr. Guernsey waived his preliminary hearing and was released on a personal recognizance bond with standard conditions. Additionally, he was ordered by the Court to participate in a debtor's exam as requested by the U.S. Probation Office. On February 10, 2020, Mr. Guernsey made a payment of $6,975 towards his restitution, which covered the arrearage previously reported to the Court. Mr. Guernsey was excused from attending the debtor's exam on February 11, 2020, due to the aforementioned payment. As the defendant has paid his restitution arrearage, all parties involved are in agreement with the Supervised Release Violation Summons being rescinded. Therefore, the Summons issued on December 4, 2019, is moot and hereby rescinded.

IT IS SO ORDERED.

_R. Bryan Harwell_

THE HONORABLE R. BRYAN HARWELL

UNITED STATES DISTRICT JUDGE

February 13, 2020

Florence, South Carolina